IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KEVIN LEE BURNS,**

    *Plaintiff*,

v.                                    Case No.: 4:22cv1-MW/MAF

**STATE OF FLORIDA INC., et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 16, and has also reviewed *de novo* Plaintiff's objections, ECF No. 17. Accordingly,

    **IT IS ORDERED**:

The report and recommendation, ECF No. 16, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2), for failure to state a claim upon which relief may be granted, and because the claims are barred by the statute of limitations." The Clerk shall close the file.

    **SO ORDERED on May 26, 2022.**

                                                       **s/Mark E. Walker**
                                                       **Chief United States District Judge**